**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-1664**

———————

QUANG T. NGUYEN,

Plaintiff - Appellant,

versus

MARVIN RUNYON, Postmaster General, United
States Postal Service,

Defendant - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (CA-97-1054-A)

———————

Submitted: November 17, 1998      Decided: November 30, 1998

———————

Before MURNAGHAN and MICHAEL, Circuit Judges, and HALL, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Quang T. Nguyen, Appellant Pro Se. Leslie Bonner McClendon, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Quang Nguyen appeals from a district court order granting his employer summary judgment in an action filed under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-2 (1994). Nguyen contends that the United States Postal Service ("employer") failed to grant him a promotion to an Electronic Technician position at its Dulles facility because of his race (Asian). Employer contends that Nguyen was not hired, among other reasons, because his score on the relevant entrance exam for the position was far below the scores of the successful applicants.

Even assuming that Nguyen could establish a prima facie case of discrimination, he could not prevail in this case without establishing that he was better qualified for the relevant position than the individuals actually selected. See Evans v. Technologies Applications & Serv. Co., 80 F.3d 954, 960 (4th Cir. 1996). Because it is undisputed that Nguyen was not as well qualified as the successful applicants, we find that the district court properly granted employer's motion for summary judgment. The district court's order is therefore affirmed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2